IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RONALD ADAMS,** | Case No. 1:04-CV-6658-REC-DLB (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **P.L. VASQUEZ, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to file a response to Plaintiff's complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have until June 28, 2006, within which to file a response.

IT IS SO ORDERED.

04pc6658.ext.adams.doc.wpd

Dated:   April 28, 2006              /s/ Dennis L. Beck
3c0hj8                               UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1