1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  RONALD ADAMS,                          CV F 04-6658 REC DLB P

10                      Plaintiff,         FINDINGS AND RECOMMENDATIONS RE
                                          PLAINTIFF'S MOTION FOR TEMPORARY
11          v.                            RESTRAINING ORDER
                                          [Doc 48]
12
    P.L. VAZQUEZ,
13
                        Defendants.
14  _____/

15

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

17  action pursuant to 42 U.S.C. § 1983.  On April 28, 2006, plaintiff filed a motion for temporary

18  restraining order seeking an order requiring him to be transferred back to Wasco State Prison

19  from Folsom State Prison where he states he was transferred on March 26, 2006.

20          The purpose of a preliminary injunction is to preserve the status quo if the balance of

21  equities so heavily favors the moving party that justice requires the court to intervene to secure

22  the positions until the merits of the action are ultimately determined.  University of Texas v.

23  Camenisch, 451 U.S. 390, 395 (1981).  A preliminary injunction is available to a plaintiff who

24  "demonstrates either (1) a combination of probable success and the possibility of irreparable

25  harm, or (2) that serious questions are raised and the balance of hardship tips in its favor."

26  Arcamuzi v. Continental Air Lines, Inc., 819 F. 2d 935, 937 (9th Cir. 1987).  Under either

27  approach the plaintiff "must demonstrate a significant threat of irreparable injury."  Id.  Also, an

28  injunction should not issue if the plaintiff "shows no chance of success on the merits."  Id.  At a

1   bare minimum, the plaintiff "must demonstrate a fair chance of success of the merits, or

2   questions serious enough to require litigation." Id.

3       This action is proceeding on plaintiff's claims for denial of access to the court system

4   against defendants Woodford, Vazquez, Tinsley, Olson, Armendariz, Snyder, Eiland, Altnow and

5   McEwen and also against defendant Tinsley for retaliation.  In his motion, plaintiff seeks a court

6   order mandating that he be transferred back to Wasco State Prison.

7       The court is unable to issue any order against individuals who are not parties to a suit

8   pending before it.  Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100 (1969) The

9   California Department of Corrections is not a party to this suit, the court cannot order it to take

10  the actions sought by plaintiff in his motion.  In addition, plaintiff's amended complaint does not

11  contain a cause of action for similar permanent injunctive relief.  Because the federal court is a

12  court of limited jurisdiction, as a threshold matter, the court must have before it a case or

13  controversy.  Flast v. Cohen, 392 U.S. 83, 88 (1968).  Absent such a case or controversy, the

14  court has no power to hear the matter.  Rivera v. Freeman, 469 F.2d 1159, 1162-1163 (9th Cir.

15  1972).

16      For the foregoing reasons, the court HEREBY RECOMMENDS that plaintiff's motion

17  for temporary restraining order preliminary injunctive relief, filed January 30, 2003, be DENIED.

18      These Findings and Recommendations will be submitted to the United States District

19  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

20  twenty (20) days after being served with these Findings and Recommendations, the parties may

21  file written objections with the court.  The document should be captioned "Objections to

22  Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file

23  objections within the specified time may waive the right to appeal the District Court's order.

24  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

25      IT IS SO ORDERED.

26  **Dated:    May 8, 2006**          **/s/ Dennis L. Beck**
    3c0hj8                            UNITED STATES MAGISTRATE JUDGE

27

28

2