UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS,<br><br>          Plaintiff,<br><br>     v.<br><br>VASQUEZ, et al.,<br><br>          Defendants. | CV F- 04-6658 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STAY DEFENDANTS' MOTION TO DISMISS<br>(DOC 75) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This action involves allegations that defendants denied plaintiff's access to the courts through restrictive law library rules.

On June 28, 2006, defendants filed a motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). On July 17, 2006, plaintiff filed a request to stay defendants' motion to dismiss to allow him to obtain discovery. Plaintiff filed an opposition to the motion to dismiss on August 24, 2006.

Plaintiff appears to confuse a motion to dismiss, where the Court is limited to consideration of the pleadings, with a motion for summary judgment where the Court considers evidence. Discovery is not necessary for consideration of defendants' motion to dismiss. Plaintiff's motion to

1 | stay defendants' motion to dismiss is HEREBY DENIED.
2 | IT IS SO ORDERED.
3 | Dated:  **March 8, 2007**         **/s/ Dennis L. Beck**
3c0hj8                                                UNITED STATES MAGISTRATE JUDGE