# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS,<br><br>            Plaintiff,<br><br>    v.<br><br>VASQUEZ, et al.,<br><br>            Defendants. | CV F- 04-6658 AWI DLB P<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR ENTRY OF DEFAULT<br>(DOC 64) |

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. This action involves allegations that defendants denied plaintiff's access to the courts through restrictive law library rules. Pending before the Court is plaintiff's motion for entry of defendants' default.

       On February 17, 2006, the Court directed the United States Marshal to serve defendants. On May 1, 2006, the Court granted defendants' motion for an extension of time to respond to the amended complaint, making their response due on or before June 28, 2006. On June 28, 2006, defendants filed a motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff filed the instant motion for entry of default on June 29, 2006, apparently before receiving defendants' motion to dismiss.

1   Based on defendants timely filing of a motion to dismiss, plaintiff's motion for entry of
2   default is HEREBY DENIED.
3   IT IS SO ORDERED.
4       **Dated:   March 8, 2007**         **/s/ Dennis L. Beck**
    3c0hj8                                  UNITED STATES MAGISTRATE JUDGE