UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS, | 1:04-cv-06658-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 92) |
| vs. | |
| P. VASQUEZ, et al., | **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION/ TEMPORARY RESTRAINING ORDER AS MOOT** (Doc. 91) |
| Defendants. | |

Plaintiff, Ronald Adams ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 30, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed on or before September 29, 2007. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.[1]

---

[1] However, on August 31, 2007, plaintiff instead filed a declaration [93], disregarding the motion(s) as he is now in receipt of his legal materials in order to finish discovery.

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed August 30,
8  2007, are ADOPTED IN FULL; and,
9  2.  Plaintiff's motion for a court order requiring prison
10 officials provide him with his legal materials, filed August 15,
11 2007, is DENIED as MOOT.
12 IT IS SO ORDERED.
13 **Dated:   November 30, 2007**          /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE