UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>P.L. VASQUEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:04-cv- 06658 LJO DLB (PC)<br><br>AMENDED DISCOVERY ORDER<br>SCHEDULING ORDER<br><br>Deadline to Amend Pleadings -　　01/12/2008<br>Discovery Cut-Off Date -　　　　　02/12/2008<br>Dispositive Motion Deadline -　　04/12/2008 |

　　　　Defendants Vasquez, Tinsley and Armendariz have answered the amended complaint filed on May 9, 2005. Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

　　　　1.　Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c), 34-250(c), and 36-250(c);

　　　　2. Responses to written discovery requests shall be due forty-five (45) days after the request is first served;

　　　　3. To ensure that the responding party has forty-five (45) days after the request is first served to respond, discovery requests must be served at least forty-five (45) days before the discovery deadline;

　　　　4. Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen (14) days before such a

1  deposition, defendants serve all parties with the notice required by Federal Rule of Civil Procedure
2  30(b)(1); and

3  5. If disputes arise about the parties' obligations to respond to requests for discovery, the
4  parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of
5  Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-230(m) of the
6  Local Rules of Practice for the United States District Court, Eastern District of California.  Unless
7  otherwise ordered, Local Rule 37-251 shall not apply, and the requirement set forth in Federal Rules of
8  Civil Procedure 26 and 37 that a party seeking relief from the court certify that he or she has in good
9  faith conferred or attempted to confer with the other party or person in an effort to resolve the dispute
10 prior to seeking court action shall not apply.  Voluntary compliance with this provision of Rules 26 and
11 37 is encouraged, however.  A discovery motion that does not comply with all applicable rules will be
12 stricken and may result in imposition of sanctions.

13  Further:

14  6  The deadline for amending the pleadings shall be **January 12, 2008**;

15  7. The parties are advised that the deadline for the completion of all discovery, including filing
16 motions to compel, shall be **February 12, 2008**;

17  8. The deadline for filing pre-trial dispositive motions shall be **April 12, 2008**;

18  9. **A request for an extension of a deadline set in this order must be filed on or before the**
19 **expiration of the deadline in question**; and

20  10. **Extensions of time will only be granted on a showing of good cause.**

21
22  IT IS SO ORDERED.

23  **Dated:   December 10, 2007**              /s/ **Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE