1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

12
13
14
15
16
17

**RONALD ADAMS,**

Plaintiff,

**v.**

**P.L. VAZQUEZ, et al.,**

Defendants.

Case No.: 1:04-cv-6658 LJO DLB PC

**ORDER VACATING PRETRIAL
MOTION DEADLINE**
(Document # 102)

18
19
20
21

        The Court has considered Defendants' motion to vacate the pretrial motion deadline

pending a decision on Plaintiff Ronald Adams' motion to file a second amended complaint,

which was filed on January 14, 2008, and good cause showing, the deadline for filing pretrial

motions is vacated.  This date shall be rescheduled after a decision is rendered on Adams' motion

to file a second amended complaint.

22
23
24
25
26
27
28

1    IT IS SO ORDERED.

2    **Dated:**    **March 28, 2008**                    **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28