IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS, | 1:04-cv-06658-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST AND SECOND MOTIONS TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' OPPOSITION TO MOTION TO COMPEL |
| vs. | |
| P.L. VASQUEZ, et al, | (DOCUMENT #107 & #110) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 6, 2008, plaintiff filed motions to extend time to file a response to Defendants' opposition to plaintiff's motion to compel. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to defendants' opposition to motion to compel.

IT IS SO ORDERED.

Dated: **May 22, 2008**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE