# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS,<br><br>          Plaintiff,<br><br>   v.<br><br>P.L. VASQUEZ et. al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:04-cv-06658 LJO DLB (PC)<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR OUT OF COURT SETTLEMENT<br><br>(COURT DOCUMENT 117) |

    Plaintiff Ronald Adams ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 23, 2008, plaintiff filed a document entitled "Motion for an Out of Court Settlement". (Doc. 117).

    Settlement offers are not to be filed with the court. Plaintiff is advised that such documents are to be served only on the opposing party. Accordingly, plaintiff's motion, filed June 23, 2008 is HEREBY STRIKEN from the record.

    IT IS SO ORDERED.

    Dated:   **June 25, 2008**                    **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE