# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>P.L. VAZQUEZ, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-cv-06658-LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 111) |

Plaintiff Ronald Adams, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 20, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  On September 22, 2008, plaintiff filed an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 20, 2008, is adopted in full; and

2. Defendants' motion for summary judgment, filed June 16, 2008 is granted, thus concluding this action in its entirety.IT IS SO ORDERED.

Dated:   October 6, 2008               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE